USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/30/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
VIAHART, LLC, :
:
                                Plaintiff, :    1:20-cv-09943-GHW
:
             -against- :    ORDER
:
CREATIVE KIDS ONLINE, LLC, CREATIVE KIDS :
FAR EAST, INC., CREATIVE KIDS ENTERPRISES, :
LLC, CK ONLINE, LLC, and PLAYLEARN USA, :
INC., :
:
                               Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court has received the Parties' August 27, 2021 joint letter regarding Defendants' discovery obligations. In accordance with the February 26, 2021 Case Management Plan, Dkt. 41, all fact discovery is to be completed by September 7, 2021.

       The Court has not stayed discovery in this case nor have Defendants applied for a stay of discovery. Defendants are reminded that they cannot unilaterally decide not to comply with their discovery obligations. Therefore, Defendants are ordered to respond fully to Plaintiff's outstanding discovery requests no later than September 7, 2021.

       SO ORDERED.

Dated: August 30, 2021

_____
GREGORY H. WOODS
United States District Judge