```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
    :
VIAHART, LLC,                                                       :
    :
                              Plaintiff,   :    1:20-cv-09943-GHW
    :
              -against-                    :    ORDER
    :
CREATIVE KIDS ONLINE, LLC, CREATIVE KIDS   :
FAR EAST, INC., CREATIVE KIDS ENTERPRISES, :
LLC, CK ONLINE, LLC, and PLAYLEARN USA,    :
INC.,                                      :
    :
                              Defendants.  :
    :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court held a conference on November 12, 2021 to discuss the parties' discovery disputes and the defendants' outstanding motions to dismiss. Pursuant to the February 26, 2021 Case Management Plan, fact discovery closed on September 7, 2021. Dkt. No. 41. However, as discussed during the conference, there are several open discovery disputes between the plaintiff and Creative Kids defendants. For the reasons stated on the record, the Court has found good cause under Rule 26(c) to stay discovery with one exception: the parties are directed to promptly conduct the outstanding Rule 30(b)(6) deposition of a Creative Kids witness. The Court will defer consideration of the parties' discovery disputes until it resolves the defendants' motions to dismiss. The deadline to file motions for summary judgment outlined in the Case Management Plan, Dkt. No. 41, is adjourned pending the resolution of the defendants' outstanding motions to dismiss.

The Clerk of Court is directed to terminate the motion currently pending at Dkt. No. 67.

SO ORDERED.

Dated: November 15, 2021
       New York, New York                    _____
                                             GREGORY H. WOODS
                                             United States District Judge