```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                 :
VIAHART, LLC,                :
                 :
             Plaintiff,   :   1:20-cv-09943-GHW
                 :
       -against-     :   ORDER
                 :
CREATIVE KIDS ONLINE, LLC, CREATIVE KIDS :
FAR EAST, INC., CREATIVE KIDS ENTERPRISES, :
LLC, CK ONLINE, LLC, and PLAYLEARN USA,  :
INC.,                 :
                 :
             Defendants. :
                 :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On November 16, 2021, the Court received by email a letter from Mike Molson Hart, the president and owner of Plaintiff, Viahart, LLC.  The Court filed Mr. Hart's November 16, 2021 letter to ECF at Dkt. No. 69.  At this time, the Court does not anticipate taking any other steps in response to Mr. Hart's letter.

      SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                  GREGORY H. WOODS
                                            United States District Judge