```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                            :
VIAHART, LLC,                                            :
                                                                            :
                                          Plaintiff(s),  :           1:20-cv-09943-GHW
                                                                              :
                                   -v -                              :            <u>ORDER</u>
                                                                              :
CREATIVE KIDS ONLINE, LLC, CREATIVE  :
KIDS FAR EAST, INC., CREATIVE KIDS      :
ENTERPRISES, LLC, and CK ONLINE, LLC, :
                                                                            :
                                      Defendant(s).  :
                                                                             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record at the April 19, 2022 conference, the parties are directed to file, no later than April 27, 2022, a joint letter (1) proposing modifications to the deadlines contained in the Civil Case Management Plan and Scheduling Order, Dkt. 41; and (2) setting forth their respective positions on Plaintiff's anticipated renewed motion for leave to file a second amended complaint.

      SO ORDERED.

Dated: April 19, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge