```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                   :
VIAHART, LLC,                                                      :
                                                                   :
                                              Plaintiff,           :    1:20-cv-09943-GHW
                                                                   :
                         -v -                                      :          ORDER
                                                                   :
CREATIVE KIDS ONLINE, LLC, CREATIVE                                :
KIDS FAR EAST, INC., CREATIVE KIDS                                 :
ENTERPRISES, LLC, and CK ONLINE, LLC,                              :
                                                                   :
                                              Defendants.          :
                                                                   :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2022

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on July 1, 2022, the Court accepts the parties' oral stipulation to the filing of Plaintiff's proposed second amended complaint. Plaintiff is directed to file the second amended complaint no later than July 5, 2022.

SO ORDERED.

Dated: July 1, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge