|  |  |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/18/2022 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
VIAHART, LLC,                                                                   :
:
                                                Plaintiff,    :    1:20-cv-09943-GHW
:
                                                  -v -              :        ORDER
:
CREATIVE KIDS ONLINE, LLC, CREATIVE   :
KIDS FAR EAST, INC., CREATIVE KIDS           :
ENTERPRISES, LLC, and CK ONLINE, LLC,  :
:
                                               Defendants.   :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On July 18, 2022, the Court held a conference to discuss Viahart LLC's proposed motion to compel Creative Kids Online, LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC, and CK Online, LLC (the "CK Defendants") to respond to certain interrogatories and document requests. *See* Dkt. Nos. 14, 15. For the reasons stated on the record during the July 18, 2022 conference, the CK Defendants' objections to Document Request Nos. 1 and 11 are sustained and the CK Defendants' objections to Document Request Nos. 6, 7, 8, 9, 16, and 21 are overruled.

       The parties are directed to promptly meet and confer with respect to the deadline for the CK Defendants to produce the documents that are responsive to the above-mentioned document requests. The Court accepts the CK Defendants' oral commitment during the July 18, 2022 conference that the CK Defendants will respond to Interrogatory No. 4 no later than July 25, 2022.

       SO ORDERED.

Dated: July 18, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge