```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
VIAHART, LLC,                                                    :
                                                                 :
                                            Plaintiff,           :     1:20-cv-9943-GHW
                                                                 :
                         -v -                                    :            ORDER
                                                                 :
CREATIVE KIDS ONLINE, LLC, CREATIVE                              :
KIDS FAR EAST, INC., CREATIVE KIDS                               :
ENTERPRISES, LLC, and CK ONLINE, LLC,                            :
                                                                 :
                                            Defendants.          :
                                                                 X
----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

GREGORY H. WOODS, United States District Judge:

The Court clarifies that its July 22, 2022 order staying this matter also stayed discovery in this matter during the pendency of the stay. The Court's July 22, 2022 order expressly stated that "this case is stayed until August 12, 2022 . . . ." Dkt. No. 120. Thus, the order stayed all proceedings in this matter, including discovery.

The Court stated on the record during the conference held on July 22, 2022 that it would stay the action to permit Plaintiff to find new counsel. Neither party raised the issue of the then-pending discovery deadlines contained in the Court's April 28, 2022 order during that conference. *See* Dkt. No. 100. The Court now clarifies that the deadlines contained in the Court's April 28, 2022 order were extended by a proportionate number of days in light of the stay of the entire case that was entered on July 22, 2022 and lifted on August 12, 2022. *See* Dkt. Nos. 100, 120, 123.

Accordingly, the deadline for the parties to serve all interrogatories, requests for productions, and requests to admit was extended to August 16, 2022. The deadline for the completion of all fact discovery is September 15, 2022. The deadline for the deposition of fact witnesses is September 15, 2022. The deadline for every party-proponent of a claim to make the disclosures required by Fed. R. Civ. P. 26(a)(2) is October 13, 2022. The deadline for every party-opponent of a claim to make the

disclosures required by Fed. R. Civ. P. 26(a)(2) is November 10, 2022. The deadline for the completion of all expert discovery is December 1, 2022. The deadline for Plaintiff to file a motion for summary judgment is January 5, 2023. For the avoidance of doubt, the deadlines for the briefing of Defendant's motion for summary judgment established by the Court's August 15, 2022 order remain in place. *See* Dkt. No. 123.

Defendant's request for a conference to discuss the discovery deadlines in this matter, Dkt. No. 124, is denied.

SO ORDERED.

Dated: September 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge