# MEMORANDUM ENDORSED

**SOLOMON ROSENGARTEN**
Attorney-at-Law
1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460
VOKMA@AOL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022
```

Admitted to Practice:
New York
New Jersey

September 12, 2022

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

      Re: Viahart, LLC v. Creative Kids Online, LLC et al.,
          Case No. 20-cv-09943

Dear Judge Woods:

I represent defendants Creative Kids Online LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC and CK Online, LLC (collectively "CK Defendants").

I am writing the Court to request a one week extension of time to file defendants' motion for summary judgment. The date on which my motion was due is today. No prior request for an extension has been made. The reason that I require the extension is because of a serious illness in my family which resulted in spending a great deal of time out of the office and unable to work as necessary. I e-mailed the plaintiff's attorney and asked him whether he consents to the adjournment. I have not received a response.

I did not make this request earlier because I was working on the motion for summary judgment, including over the weekend, and was hoping that I would be able to file the motion by today's date. However, I was unable to complete the papers. I require another week because I have two emergency Orders to Show Cause in other matters which I need to file this week.

A proposed amended Case Management Plan and Order are attached.

Thank you for your consideration.

Respectfully yours,

s/ *Solomon Rosengarten*

Solomon Rosengarten
Attorney for Defendants

---

Application granted. The deadline for the CK Defendants to file and serve their motion for summary judgment is extended to September 19, 2022. Plaintiff's opposition is due within four weeks after service of the CK Defendants' motion. The CK Defendants' reply, if any, is due within two weeks after service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 126.

SO ORDERED.

Dated: September 12, 2022
New York, New York

                        _____
                        GREGORY H. WOODS
                        United States District Judge