# MEMORANDUM ENDORSED

**SOLOMON ROSENGARTEN**
Attorney-at-Law
1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460
VOKMA@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022

Admitted to Practice:
New York
New Jersey

September 19, 2022

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

      Re: Viahart, LLC v. Creative Kids Online, LLC et al.,
         Case No. 20-cv-09943

Dear Judge Woods:

I represent defendants Creative Kids Online LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC and CK Online, LLC (collectively "CK Defendants").

I am writing the Court to request an extension of time to file defendants' motion for summary judgment to September 23, 2022. The date on which my motion was due is today. One prior request for an extension has been made.

The reason that I require the extension is because I learned today that my client is in the hospital and I cannot get a Declaration from him to file in connection with my motion for summary judgment.

Plaintiff's attorney consents to this extension.

A proposed amended Case Management Plan and Order are attached.

Thank you for your consideration.

Respectfully yours,

s/ *Solomon Rosengarten*

Solomon Rosengarten

Application granted. The deadline for the CK Defendants to file and serve their motion for summary judgment is extended to September 23, 2022. Plaintiff's opposition is due within four weeks after service of the CK Defendants' motion. The CK Defendants' reply, if any, is due within two weeks after service of Plaintiff's opposition.

SO ORDERED.

Dated: September 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1