# MEMORANDUM ENDORSED



October 13, 2022

Christian Cowart
T: (972) 694-9686
ccowart@creedon.com

Hon. Gregory H. Woods
United States District Judge, S.D.N.Y.
500 Pearl St.
New York, New York 10007
**Via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2022

**RE:    Joint Request for Continuance of [137] Pre-Motion Conference**

*Viahart, LLC* v. *Creative Kids Online, LLC*, No. 1:20-cv-09943-GHW (S.D.N.Y.)

Dear Judge Woods:

We represent Plaintiff Viahart LLC in this Action. We write jointly with Defendants regarding the upcoming pre-motion conference set on October 18, 2022 at 1:00 p.m. [ECF No. 137] regarding Plaintiff's proposed motion for summary judgment [ECF No. 135].

Lead Counsel for Defendants has an unavoidable conflict on October 18th, which is the Jewish holiday known as Simchat Torah forbidding work. The Parties conferred and based on mutual availability are conflict free on October 20th or 24th–28th.

Accordingly, the Parties respectfully request that the Court reschedule the hearing to October 20th or 24th–28th. The Parties will make themselves available if the Court wishes to discuss this matter or requires additional alternative dates.

Sincerely,

/s/ *Solomon Rosengarten*
SOLOMON ROSENGARTEN
COUNSEL FOR DEFENDANTS

CHRISTIAN J. COWART
COUNSEL FOR PLAINTIFF

cc:    All counsel of record (via ECF)

creedon.com • 5 Cowboys Way, Suite 300, Frisco, TX 75034 • 972.850.6864

---

Application granted.  The pre-motion conference scheduled for October 18, 2022 is adjourned to October 20, 2022 at 1:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 138.

SO ORDERED.

Dated:  October 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge