# MEMORANDUM ENDORSED

**SOLOMON ROSENGARTEN**
Attorney-at-Law
**2329 Nostrand Avenue**
**Brooklyn, New York 11210**
(718) 627-4460
VOKMA@AOL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023
```

Admitted to Practice:
New York
New Jersey

March 17, 2023

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

      Re: Viahart, LLC v. Creative Kids Online, LLC et al.,
         Case No. 20-cv-09943

Dear Judge Woods:

I represent defendants Creative Kids Online LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC and CK Online, LLC (collectively "CK Defendants").

I am writing the Court to request an extension of time to file defendants' opposition to plaintiff's motion for summary judgment. My opposition papers are due on March 20, 2023. I request an extension to April 3, 2023. Two prior requests for an extension have been made.

The reason that I require the extension is because of personal health problems. I was therefore unable to complete my opposition papers.

This morning, I sent plaintiff's attorney a request that he consent to this extension. However, I have not yet received a response.

Thank you for your consideration.

Respectfully yours,

s/ *Solomon Rosengarten*

Solomon Rosengarten

---

Application granted. Defendants' opposition is due no later than April 3, 2023. Plaintiff's reply, if any, is due within two weeks after service of Defendants' opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 173.

SO ORDERED.
Dated: March 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge