USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                :
VIAHART, LLC,                                :

                                                :
                                   Plaintiff,   :          1:20-cv-9943-GHW
                                                :
                       -v –                       :              <u>ORDER</u>
                                                :
CREATIVE KIDS ONLINE, LLC, *et al.*,    :
                                                :
                                   Defendants.   :
                                                :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on November 13, 2023, Plaintiff's consolidated motion is ruled on as follows: Plaintiff's motion for summary judgment is denied in full, Plaintiff's motion to dismiss Defendants' counterclaims is granted in part and denied in part, and Plaintiff's motion to strike Defendants' defense of unclean hands is granted.  Dkt. No. 164.  As also stated on the record at the November 13 conference, Defendant's motion for summary judgment is denied in full.  Dkt. No. 131.  An order scheduling trial will issue separately.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 164.

      SO ORDERED.

Dated:  November 14, 2023
          New York, New York

                                                                                                       _____
                                                                                          GREGORY H. WOODS
                                                                            United States District Judge