**SOLOMON ROSENGARTEN**
Attorney-at-Law
**2329 Nostrand Avenue**
**Brooklyn, New York 11210**
**(718) 627-4460**
**VOKMA@AOL.COM**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

Admitted to Practice:
New York
New Jersey

# MEMORANDUM ENDORSED

April 9, 2024

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

      Re: Viahart, LLC v. Creative Kids Online, LLC et al.,
         Case No. 20-cv-09943

Dear Judge Woods:

I represent defendants Creative Kids Online LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC and CK Online, LLC (collectively "CK Defendants").

I am writing the Court to request a two week extension of time to file the Joint Pre-Trial Order in this matter, which is due on April 9, 2024. No prior request for an extension of the time to file the Order has been requested.

I require the adjournment because I am sole practitioner and have had a busy schedule of motions and appellate briefs. Plaintiff's attorney consents to the extension.

Thank you for your consideration.

Respectfully yours,

s/ *Solomon Rosengarten*

Solomon Rosengarten

cc: Christian Cowart, Esq. (Via ECF).

---

Application denied. Defendants' request for an extension of time to file the joint pre-trial order is denied. Dkt. No. 206. First, Defendants appear to be mistaken about the deadline by which the parties are to submit their pretrial materials: The joint pretrial order and other pretrial submissions are due no later than April 19, 2024, not April 9, 2024. Dkt. No. 203. Second, the Court set these deadlines on November 14, 2023, nearly five months ago. Defendants provide no specific reason why the five months have not been sufficient time to prepare the pretrial submissions, including whether the "busy schedule of motions and appellate briefs" was not foreseeable. Five months is a long time to prepare these materials, even with other commitments. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 206.

SO ORDERED.

Dated: April 9, 2024
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge