**SOLOMON ROSENGARTEN**
**Attorney-at-Law**
**2329 Nostrand Avenue – Suite 100**
**Brooklyn, New York 11210**
**(718) 627-4460**
VOKMA@AOL.COM

Admitted to Practice:
**New York**
**New Jersey**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/8/2024
```

May 6, 2024

# MEMORANDUM ENDORSED

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Viahart v. Creative Kids
    Docket No. 20-9943

Dear Judge Woods:

I am the attorney for the defendants in the above-entitled matter. I hereby respectfully that the pre-trial conference, which was re-scheduled from June 4, 2024 to June 12, 2024 be re-scheduled.

The reason for the request is that June 12, 2024 is a Jewish holiday. No prior request for adjourn the conference has been made. Plaintiff's counse has stated that he does not consent to an adjournment, but will not oppose my application. He has not explained the reasoning underlung his position.

I would also request that if the Court grants the application, it take into account other court appearances and a doctor's appointment which have already been scheduled. I am a sole practitioner.

Following are the dates on which I have other matters scheduled:

May 17 - Conference in the Eastern District of New York - 9:00 AM. I should be available at 10:00 or thereafter
May 21- Motion in State Supreme Court, Kings County – I will be available in the afternoon
May 22-24 - Court-ordered depositions
June 11 - Trial in State Supreme Court, Kings County
June 13 - Jewish holiday
June 20 - Motion in State Supreme Court, Kings County – I will be available in the afternoon
June 26 - Doctor's appointment

Hon. Gregory H. Woods, U.S.D.J.
Page 2
May 6, 2024


I thank the Court for its consideration.

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten


cc: Charles Wallace, Esq. (via ECF)
    Christian Cowart, Esq. (via ECF)




Application granted.  Defendants' request for an adjournment of the final pretrial conference is granted.  Dkt. No. 234.  The final pretrial conference scheduled for June 12, 2024 is adjourned to June 14, 2024 at 1:00 p.m.  For the avoidance of doubt, any deadlines previously set by the Court remain unchanged and in full force and effect.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 234.

SO ORDERED.

Dated: May 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge