UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024
```

------------------------------------------------------------- X
                 :
VIAHART, LLC,                :
                 :
          Plaintiff,    :        1:20-cv-9943-GHW
                 :
        -v-           :        <u>ORDER</u>
                 :
CREATIVE KIDS ONLINE, LLC, *et al.*,  :
                 :
        Defendants.   :
                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 14, 2023, the Court issued a trial scheduling order and, in relevant part,

directed the parties to make the submissions required under Rule 5 of the Court's Individual Rules

of Practice in Civil Cases by April 19, 2024.  Dkt. No. 203.  Rule 5 of the Court's Individual Rules

provide, among others:  "Each party must submit to the Court by mail or hand delivery courtesy

copies of each documentary exhibit sought to be admitted, pre-marked with exhibit labels that

correspond to the exhibit list presented in the joint pretrial order."  To the Court's knowledge,

courtesy copies of the parties' exhibits have yet to be submitted to chambers.

Accordingly, the parties are directed to submit courtesy copies of the exhibits listed in the

proposed joint pretrial order, Dkt. Nos. 230-3 to -4, forthwith and in any case no later than June 13,

2024 at 12:00 p.m.  The parties also directed to contact chambers by email or phone to arrange for

the electronic delivery of the parties' exhibits by the same deadline.

SO ORDERED.

Dated: June 11, 2024
     New York, New York

                                    _____
                                       GREGORY H. WOODS
                                United States District Judge