```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
VIAHART, LLC,                                                     :
                                                                  :
                                    Plaintiff,                    :       1:20-cv-9943-GHW
                                                                  :
                    -v-                                           :            ORDER
                                                                  :
CREATIVE KIDS ONLINE, LLC, et al.,                                :
                                                                  :
                                    Defendants.                   :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2024

GREGORY H. WOODS, United States District Judge:

On November 14, 2023, the Court issued a trial scheduling order and, in relevant part, directed the parties to submit by April 19, 2024 "a proposed brief, mutually acceptable description of the case, to be read to the venire" and "a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements." Dkt. No. 203. Neither appears to have been filed.

Accordingly, the parties are directed to submit a joint proposed draft of both items forthwith and in any case no later than June 14, 2024 at 9:00 a.m.

SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge