UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIAHART, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE KIDS ONLINE, LLC; CREATIVE KIDS FAR EAST, INC.; CREATIVE KIDS ENTERPRISES, LLC; and CK ONLINE, LLC,<br><br>Defendants. | Case No. 1:20-cv-09943-GHW |

**PLAINTIFF'S INTERIM APPLICATION FOR ATTORNEY FEES**

Pursuant to the Court's order that Plaintiff's application for fees and costs in connection with its sixth motion in limine is due June 24, 2024, Viahart LLC now files its *Plaintiff's Interim Application for Attorney Fees*.

Attached as Exhibit 1 to this Application is the *Declaration of James H. Creedon As To Attorney Fees for Discovery Sanctions*, which includes itemized invoices detailing the date, hours, and description of work performed by Viahart's counsel in this matter. Subject to the analysis in the *Declaration*, Viahart requests interim attorney fees in the amount of $77,366.50.

Dated: June 24, 2024

Respectfully Submitted,

**SCALE LLP**

By: *<u>/s/ James H. Creedon</u>*
Jamie Wells (admitted pro hac vice)
California Bar No. 290827
Charles A. Wallace (admitted pro hac vice)
Texas Bar No. 24110501
James H. Creedon (admitted pro hac vice)
Texas Bar No. 24092299
548 Market Street, Suite 86147
San Francisco, CA 94104
Tel. (415) 735-5933
Fax. (415) 573-0983
jamie.wells@scalefirm.com
cwallace@scalefirm.com
jcreedon@scalefirm.com

**COUNSEL FOR PLAINTIFF**
**VIAHART LLC**

## CERTIFICATE OF SERVICE

I certify that, on June 24, 2024, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b) and LR 5.2.

*<u>/s/ James H. Creedon</u>*
James H. Creedon