**SOLOMON ROSENGARTEN**
Attorney-at-Law
2329 Nostrand Avenue-Suite 100
Brooklyn, New York 11210
**(718) 627-4460**
VOKMA@AOL.COM

Admitted **to Practice:**
**New York**
**New** Jersey

July 2, 2024

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Viahart v. Creative Kids
Docket No. 20-9943

Dear Judge Woods:

I am the attorney for the defendants in the above-entitled matter. This is to inform the Court that one of the defendants, CK Online, LLC, has filed a bankruptcy petition under Chapter 7 of the Bankruptcy Code. Pursuant to 11 U.S.C. 362(a)(1), this action is stayed with respect to CK Online, LLC. Proof of filing is annexed hereto.

Furthermore, the action is also stayed as to the other defendants. Although, generally speaking, a bankruptcy filing by one party to an action does not stay the case against co-defendants, a stay is effectuated as to those parties when proceeding with the action will have immediate economic consequences to the bankruptcy filer's estate. *Queenie Ltd. v. Nygard International*, 321 F.3d 282, 287 (2d Cir.2003). "The Second Circuit provided several "examples" of such an adverse impact: (1) "a claim to establish an obligation of which the debtor is a guarantor"; (2) "a claim against the debtor's insurer"; and (3) actions where there is such identity between the debtor and the third-party defendant that the debtor may be said to be the real party defendant." The key inquiry focuses on the relationship between the parties. *Ng v Adler*, 518 BR 228, 247 (EDNY 2014)

In its decision on plaintiff's motion *in limine,* the Court held that all of the defendants will be considered a single entity for the purpose of the trial. In other words, the case will be tried as if the defendants are alter egos and have joint liability. Thus, a Judgment against the non-Debtor defendants will have an economic impact upon CK Online, LLC since it will be deemed liable in the same manner as the other defendants.

Moreover, *Queenie* also mandates a stay as to all defendants because the plaintiff's complaint treats all defendants as a single entity, or as alter egos of one another. "*Trs. of*

*the N.Y.C. Dist. Council of Carpenters Pension Fund v. Universal Developers, Inc*., 23 Civ. 1082 (AT) (S.D. N.Y. Jun 29, 2023).

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten

cc: Charles Wallace, Esq. (via ECF)
Jamie Welles, Esq. (via ECF)