United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

FILED
07/02/2024
8:17 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/02/2024 at 8:17 PM and filed on 07/02/2024.

**CK Online LLC**
750 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tax ID / EIN: 99-3810786

The case was filed by the debtor's attorney:

**Chezki Menashe**
Chezki Menashe, ESQ
400 Rella BLVD
Ste 190
Suffern, NY 10901
845-520-9220

The case was assigned case number 24-22589.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**