EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

CK ONLINE, LLC

Debtor.
---------------------------------------------------------------x

Chapter 7

Case No.: 24-22589

**ORDER GRANTING APPLICATION**
**<u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

Upon, the application (the "<u>Application</u>"), dated August 9, 2024, Viahart, LLC (the "<u>Movant</u>"), a creditor and party in interest in the bankruptcy of CK Online, LLC (the "<u>Debtor</u>"), by its attorneys, Giuliano Law, PC, seeking the entry of an order pursuant to 11 U.S.C. § 362(d), and Rules 4001, 9013, and 9014 of the Federal Rules of Bankruptcy Procedure: (i) granting relief from the automatic stay to permit Movant to take all actions necessary to continue and complete to judgment the action filed in the Southern District of New York captioned *Viahart, LLC v. Creative Kids Online, LLC et al.* 1:20-cv-9943 (the "<u>District Court Action</u>") so as to liquidate the damages owed to Movant by the Debtor and the other parties to the action (collectively, the "Defendants"); (ii) waiving the 14 day stay pursuant to Rule 4001(a)(3) of the Bankruptcy Rules; and (iii) granting such other and further relief as this Court seems just and proper; and opposition to the Application having been filed with the Court by the Debtor; and a hearing on the Application having been held on September 25, 2024; and after submission of a proposed order to chambers on October 29, 2024, and after due deliberation and for the reasons set forth in the Court's bench ruling at the hearing on the motion, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §362(d) the automatic stay is hereby modified and terminated so as to permit Movant to take all actions necessary to continue and complete to

Case 1:20-cv-09943-GHW Document 280-1 Filed 12/06/24 Page 2 of 2

EXHIBIT A

judgment in the District Court Action as against the Debtor; and it is further

**ORDERED**, the automatic stay of 11 U.S.C. §362 is inapplicable and not in effect with respect to the non-debtor defendants (the "Non-Debtor Defendants") in the District Court Action so as to permit Movant to take all actions necessary to continue and complete to judgment in the District Court Action against the Non-Debtor Defendants; and it is further

**ORDERED**, that the 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived; and it is further

**ORDERED**, as stated on the record at the hearing, the Movant's request for sanctions is taken under advisement by the Court. While the Movant has repeatedly contacted chambers about its request for sanctions after the hearing, the matter is *sub judice* and, as such, the parties are directed to refrain from calling chambers about this issue and further directed that any communications with the Court about this *sub judice* matter must be made in writing and filed on the docket, with appropriate service on any interested parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or relating to this Order.

Dated: December 6, 2024
White Plains, New York

***/s/ Sean H. Lane***
United States Bankruptcy Judge