EXHIBIT B

GIULIANO LAW, PC
Attorneys for Movant
445 Broadhollow Rd., Ste. 25
Melville, NY 11747
(516) 792-9800
afg@glpcny.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

CK ONLINE, LLC

Chapter 7

Case No.: 24-22589

Debtor.
------------------------------------------------------------------x

## DECLARATION OF MOLSON HART IN SUPPORT OF MOTION FOR SANCTIONS

I, Molson Hart, hereby declare the following:

1. "My name is Molson Hart. I am over eighteen years of age and am legally competent to make this declaration, which is true and correct, is based on my personal knowledge, and is made voluntarily and not under duress.

2. I am the founder, owner, and president of Viahart, LLC ("Viahart") and have been since 2010. The information set forth in this declaration is true and correct to the best of my knowledge, information, and belief. If called to testify regarding the matters addressed herein, I could and would competently do so based both on my personal knowledge and Viahart's business records. In my capacity as the founder, owner, and president, I am well-aware of Viahart's internal processes and records, including those relating to sales of Viahart's Brain Flakes-branded products. I am also familiar with Viahart's record keeping processes. All documents and records referred to in this declaration, or relied upon by me in preparing this declaration, are the business records of Viahart and constitute writings taken or made in the regular course of business, at or near the time of the act, condition, or event to which they relate, by myself or by persons employed by Viahart, who had a business duty to accurately and completely make and maintain such records and documents, and are maintained by Viahart as business records.

M.H.

3. I make this declaration in support of Viahart's Motion for Sanctions ("Motion") against CK Online LLC ("Debtor") and its attorneys, David Lapa and Yecheskel Menashe—which I have read in its entirety. All of the information in the Motion and in the attached exhibits is within my personal knowledge and is true and correct.

4. As stated above, I founded Viahart in 2010, and I am Viahart's president and owner. I oversee all design, product development, mold-making, manufacturing, quality assurance, logistics, warehousing, fulfillment, marketing, distribution, sales, legal decision-making, and financials.

5. On December 5, 2018, I sent Debtor and Creative Kids Online LLC, Creative Kids Far East Inc., and Creative Kids Enterprises LLC ("Co-Defendants"), an email to cease and desist infringing on Viahart's trademarks.

6. When Debtor and the Co-Defendants failed to cease infringing Viahart's trademarks, Viahart filed suit against Creative Kids Far East Inc. on September 6, 2019 in the Eastern District of Texas (*Viahart, LLC v. Arkview LLC et al.*, 6:19-cv-406), and then filed suit against Debtor and the Co-Defendants in the Southern District of New York, captioned: *Viahart, LLC v. Creative Kids Online, LLC et al.*, 1:20-cv-9943 (the "District Court Action"). The dispute between Debtor and Viahart has now been ongoing for nearly six years, and on the eve of trial, Messrs. Lapa and Menasche, in a clear effort to frustrate Viahart's ability to secure a judgment against Debtor and the Co-Defendants, filed this bankruptcy petition listing Viahart as the sole creditor.

7. I have shown by sworn declaration in the District Court Action that Viahart has lost many millions of dollars in sales since the inception of the District Court Action (*see* 1:20-cv-9943, Dkt. 167). Specifically, Viahart's sales of its proprietary Brain Flakes-branded products, which the Debtor and Co-Defendants have infringed, have declined significantly, and the District Court Action (and now this frivolous bankruptcy filing) is causing a major financial strain on Viahart.

8. Viahart is a small business with less than a dozen employees that cannot enforce its trademark against the Debtor, Co-Defendants, and other companies that are similarly infringing on Viahart's valid and enforceable trademark until the District Court Action is resolved, and the delay caused by this bankruptcy filing allows Viahart's competitors, like the Debtor and Co-Defendants, to chip away at its brand, its sales, and the goodwill Viahart has

M.H.

worked tirelessly to build among its consumers. For the past six years, Viahart has been unable to grow its brand due to the pending District Court Action and inability to enforce its mark, all of which has prevented Viahart's Brain Flakes-branded products from becoming an international brand.

9. Debtor appears to be a shell company of the Co-Defendants that Samuel Lapa, along with Daniel Lapa and David Lapa (Samuel Lapa's two sons) created to convey assets of the other defendant entities, including Creative Kids Far East, Inc.—an affiliated company employing over 500 employees, and also one of the Co-Defendants in the District Court Action.

10. Viahart experienced a significant increase in sales when Amazon initially removed the Debtor's infringing products in September 2021. However, Debtor and Co-Defendants' infringement has led other companies to infringe on Viahart's trademarks as well, and the delay in the District Court Action has prevented Viahart from being able to enforce its valid and enforceable trademarks against these other companies—particularly with Amazon suspending further enforcement of its policies pending the outcome of the District Court Action. As a result, Viahart is suffering escalating losses. For instance, by July 2024, Viahart's sales on Amazon had declined by 23% from 2023, which resulted in a 20% decline in overall sales across the entire company—since Viahart's sales on Amazon account for over 80% of its business. Viahart continues to get messages of actual confusion from consumers on Amazon, including as recently as August 20, 2024, which continues to further damage Viahart's brand. Debtor has strategically benefited from filing its bankruptcy petition, further damaging Viahart—which now faces additional financial burdens to protect and enforce its rights. These additional financial burdens not only include costs and fees associated with this bankruptcy and losses due to the decline in sales, but hundreds of thousands of dollars in fees and costs that Viahart paid preparing for the trial that was scheduled for July 8, 2024.

11. As evidenced through discovery in the District Court Action, David Lapa serves as general counsel for Debtor, the Co-Defendants, and the other CK or Creative Kids-formative companies (the "Lapa Entities"), and therefore, on information and belief, worked in concert with Yecheskel Menashe to prepare and file the bankruptcy petition in this case.

12. The Lapa Entities have filed bankruptcy many times before and abuse the bankruptcy process to avoid judgment against would-be creditors. True and correct examples of some previous bankruptcy filings related to the Lapa Entities are attached to the Motion as

M.H.

Exhibit B.

13. Mr. Lapa's and Mr. Menasche's assisting Debtor in the filing of this bankruptcy action, and in turn the forestalling of the District Court Action, has caused enormous further financial hardship on Viahart. It is clear that the petition was filed with a single purpose: to abuse the benefits conferred by bankruptcy in bad faith by frustrating Viahart's ability to obtain a judgment in the District Court Action."

I declare under penalty of perjury under the laws of the United States of America and New York that the foregoing is true and correct.

Executed on: 2024/8/28 at Hutto, Texas.

Date City State

[signature]

Molson Hart