SCALE LLP

5473 Blair Road, Suite 100
Dallas, TX 75231

**Charles Wallace | Counsel**
415.735.5933 | cwallace@scalefirm.com

March 14, 2025

Daniel Patrick Moynihan United States Courthouse
Attn: Chambers of Gregory H. Woods
500 Pearl St.
New York, NY 10007-1312

Re: **Viahart, LLC v. Creative Kids Online, LLC et al (20cv9943)**

Dear Judge Woods,

Undersigned counsel for Plaintiff and for Defendants file this letter with the Court in response to the Court's February 27 and March 7, 2025 orders requiring the parties to submit a joint letter with proposed trial dates. Dkts. 295 & 298. Undersigned counsel therefore notifies the Court of the parties' availability for trial during the weeks of November 3rd, 10th, and 17th.

Respectfully,

**SCALE LLP**

By: *<u>/s/ Charles Wallace</u>*
Jamie Wells (admitted pro hac vice)
California Bar No. 290827
Charles A. Wallace (admitted pro hac vice)
Texas Bar No. 24110501
James H. Creedon (admitted pro hac vice)
Texas Bar No. 24092299
548 Market Street, Suite 86147
San Francisco, CA 94104
Tel. (415) 735-5933
Fax. (415) 573-0983
jamie.wells@scalefirm.com
cwallace@scalefirm.com
jcreedon@scalefirm.com

**/S/ SOLOMON ROSENGARTEN**
**COUNSEL FOR PLAINTIFF**
**VIAHART LLC**