```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
VIAHART, LLC,                                                  :
                                                               :
                                      Plaintiff,               :    1:20-cv-9943-GHW
                                                               :
                  -v-                                          :    ORDER
                                                               :
CREATIVE KIDS ONLINE, LLC, *et al.*,                           :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on **November 17, 2025, at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, November 3, 2025, at 9:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The parties are directed to submit the following materials no later than September 1, 2025: (1) proposed jury instructions that address the Court's rulings made during the conference held on June 18, 2024 and summarized in the Court's July 2, 2024 order, Dkt. No. 276; and (2) a final list of people who may testify, or whose names may be mentioned during the course of the trial, to be read to the venire.

      SO ORDERED.

Dated: March 28, 2025
New York, New York

                                                                         GREGORY H. WOODS
                                                        United States District Judge