```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:_____
                    DATE FILED: 4/14/2025
```

**Solomon Rosengarten**
Attorney-at-Law
2329 Nostrand Avenue – Suite 100
Brooklyn, New York 11210
Phone (718) 627-4460
vokma@aol.com

**MEMORANDUM ENDORSED**

**Admitted to Practice:**
**New York**
**New Jersey**

April 11, 2025

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

                Re:    Viahart LLC v. Creative Kids, et al.
                       Docket No. 20-9943-GHW

Dear Judge Woods:

I am the attorney for the defendants in the above-entitled matter.

Defendant's opposition papers to plaintiff's motion for attorney's fees is due on April 14, 2025. I hereby request an extension of time for a period of two weeks to file my opposition papers. I was unable to prepare my opposition papers because I am a sole practitioner and have been occupied with motions and preparation for a trial, as well as general office work.

No prior application seeking an extension of time to file my papers has been made. Early this morning, I e-mailed Charles Wallace, Esq, the attorney handling this matter on behalf of plaintiff and asked whether he consents to the extension requested. I have not received a response from him.

I thank the Court for its consideration of my request

                                    Respectfully yours,

                                    *Solomon Rosengarten*

                                    Solomon Rosengarten

    cc:    Charles Wallace, Esq. (via ECF)

---

Application granted. Defendants' application for an extension of time to file their opposition papers to plaintiff's motion for attorney's fees, Dkt. No. 305, is granted. The deadline for Defendants to file their opposition papers to plaintiff's motion for attorney's fees is extended to April 28, 2025. Any reply is due no later than seven days following the date of service of Defendants' opposition. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 305, 306.

SO ORDERED.

Dated: April 14, 2025
New York, New York
           _____
           GREGORY H. WOODS
           United States District Judge