**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2025

SCALE LLP

3723 Greenville Ave., Suite 41010
Dallas, Texas 75206

Charles Wallace | Counsel
415.735.5933 | cwallace@scalefirm.com

October 11, 2025

Daniel Patrick Moynihan United States Courthouse
Attn: Chambers of Gregory H. Woods
500 Pearl St.
New York, NY 10007-1312

**Re: Viahart, LLC v. Creative Kids Online, LLC et al (20cv9943)**

Dear Judge Woods,

We write on behalf of our client, Viahart, LLC, in connection with the upcoming pretrial conference scheduled for November 3, 2025. Dkt. 303. Our client has permanently relocated to Singapore with his family, and travel back to the United States would impose a substantial burden. Given that the parties previously attended a pretrial conference in this matter on June 14, 2024—prior to the defendants' bankruptcy proceedings, which have since been fully resolved—we respectfully request that the Court consider permitting the November 3 pretrial conference to proceed remotely for all parties.

To our knowledge, there have been no substantive changes to the issues addressed at the earlier conference, and the parties are in agreement regarding the new jury instructions and witness lists. *See* Dkts. 309, 310, 311, and 312. Allowing the conference to proceed virtually would meaningfully reduce costs for all parties without impairing the Court's ability to manage the case efficiently. If a remote conference is not feasible, we would appreciate guidance as to whether trial could be scheduled so that voir dire and trial might occur during the same week. We are prepared to confer with opposing counsel regarding availability if the Court indicates that such a schedule is feasible.

We greatly appreciate the Court's consideration of this request and remain available to discuss any of the above at the Court's convenience.

Respectfully submitted,

**SCALE LLP**

By: *<u>/s/ Charles Wallace</u>*
Jamie Wells (admitted pro hac vice)
California Bar No. 290827
Charles A. Wallace (admitted pro hac vice)
Texas Bar No. 24110501
James H. Creedon (admitted pro hac vice)
Texas Bar No. 24092299
548 Market Street, Suite 86147
San Francisco, CA 94104
Tel. (415) 735-5933
Fax. (415) 573-0983
jamie.wells@scalefirm.com
cwallace@scalefirm.com
jcreedon@scalefirm.com

**COUNSEL FOR PLAINTIFF**
**VIAHART, LLC**

## CERTIFICATE OF SERVICE

I certify that, on October 11, 2025, the foregoing document was filed with the Clerk via the Court's CM/ECF, which served all counsel of record.

*<u>/s/ Charles A. Wallace</u>*
Charles A. Wallace

The Court will not act on Plaintiff's request for a remote conference at this time. Dkt. No. 314. Plaintiff's letter does not indicate Defendant's position on Plaintiff's request. The Court reminds counsel that the Court has not ordered that representatives of the parties be present at the pretrial conference in addition to counsel. Plaintiff's letter also indicates that there have been no substantive changes to the issues addressed during the prior pretrial conference held on June 14, 2024. In the subsequent conference held on June 18, 2024, the Court ruled on all but one of the parties' motions in limine. Dkt. No. 253. The Court directed the parties to file supplemental briefing on one of Defendant's motions. *See* Dkt. Nos. 270, 273. The Court directs the parties to file a joint letter on or before October 15, 2025 addressing the request for a remote conference and whether there have been any changes to the parties' positions on the remaining motion in *limine*.

SO ORDERED.
Dated: October 12, 2025

GREGORY H. WOODS
United States District Judge