```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
VIAHART, LLC,                                                  :
                                                               :
                                        Plaintiff,             :    1:20-cv-9943-GHW
                                                               :
                   -v-                                         :    ORDER
                                                               :
CREATIVE KIDS ONLINE, LLC, *et al.*,                           :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     In the order scheduling trial in this case, the Court directed the parties to file a final list of people who may testify no later than September 1, 2025. Dkt. No. 303. On September 1, 2025, the parties filed their proposed witness lists under seal without first seeking leave of court. Dkt. Nos. 309, 311. The parties previously jointly filed a list of possible witnesses publicly. Dkt. No. 230. Having reviewed the parties' recent submissions, the Court does not see anything that would defeat the presumption of public access to judicial documents. *See Mirlis v. Greer*, 952 F.3d 51, 59 (2d Cir. 2020). Accordingly, the Clerk of Court is directed to change the viewing level of the documents filed at Dkt. Nos. 309, 311 so they may be viewed by the public.

     SO ORDERED.

Dated: October 13, 2025

                                                                 _____
                                                                 GREGORY H. WOODS
                                                              United States District Judge