UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIAHART, LLC

                                                     Plaintiff        Civil Action 20-9943

        v.

CREATIVE KIDS ON LINE LLC, et al.                **NOTICE OF MOTION**

                                                   Defendants

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Solomon Rosengarten, dated November 5, 2025 and the Memorandum of Law, defendants will move this court, at a date and time specified by the Court, at the courthouse 40 Foley, New York, NY, for an order enforcing the terms of a settlement and imposing sanctions upon plaintiff and its counsel.

Dated: November 5, 2025

    /s/ Solomon Rosengarten

                                                 SOLOMON ROSENGARTEN
                                               Attorney for Defendants
                                               2329 Nostrand Avenue
                                               Brooklyn, New York 11210
                                               718-627-4460
                                               vokma@aol.com

Case 1:20-cv-09943-GHW    Document 326    Filed 11/05/25    Page 2 of 2