```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 11/6/2025
------------------------------------------------------------- X
                                              :
VIAHART, LLC,                                 :
                                              :
                              Plaintiff,      :           1:20-cv-9943-GHW
                                              :
             -v-                              :           ORDER
                                              :
CREATIVE KIDS ONLINE, LLC, et al.,            :
                                              :
                              Defendants.     :
                                              :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On November 5, 2025, Defendants filed a motion to enforce a settlement agreement. Dkt. No. 326. The Court orders Plaintiff to file its response no later than November 12, 2025. The response must comply with Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1. Defendants may file a reply no later than November 14, 2025. The Court reminds the parties that they should not expect that the filing of this motion or the setting of a briefing schedule will have any effect on the trial scheduled to begin on Monday, November 17, 2025.

As stated on the record during the conference held on November 4, 2025, the parties are directed to send updated physical copies of their exhibits to Court. The updated copies must be received by the Court no later than November 12, 2025. If the parties believe that the Court does not have electronic copies of their exhibits, the Court will accept a submission of updated electronic copies no later than that date. Any exhibit submission must be made in full compliance with the Court's Individual Rules of Practice for Civil Cases.

The Court will hold a telephonic conference on Monday, November 10, 2025 at 9:30 a.m. regarding Defendants' outstanding motion in limine. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant

instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: November 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge