```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
            :
VIAHART, LLC,           :
            :
            :
              Plaintiff,    :    1:20-cv-9943-GHW
            :
    -v-         :    ORDER
            :
CREATIVE KIDS ONLINE, LLC, *et al.*,    :
            :
              Defendants.   :
            :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 10, 2025, the Court held a conference on Defendants' outstanding motion *in limine* following oral argument held during the pretrial conference held on November 6, 2025. For the reasons stated on the record, Defendants' motion is granted in part and denied in part.

Defendants' motion is granted with respect to Exhibits 27(a), (c), (d), (f), (g), (k), (n), (o), (p), (q), (r), and (x), 27.1(g), 27.1(h), 27.2, 27.3, 27.5, and the first page of Exhibit 27.4 (the cover letter from the Better Business Bureau). Defendants' motion is denied with respect to Exhibits 27(i), (h), (j), (l), (m), (s), (t), (u), (v), and (w), 27.1(a), (b), (c), (d), (e), (f), (l), (m), and (n), and the remaining pages of Exhibit 27.4.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge