UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIAHART, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE KIDS ONLINE, LLC; CREATIVE KIDS FAR EAST, INC.; CREATIVE KIDS ENTERPRISES, LLC; and CK ONLINE, LLC,<br><br>Defendants. | Case No. 1:20-cv-09943-GHW |

# ORDER

Before the Court is Defendants' motion to enforce a settlement and for imposition of sanctions ("Motion," Dkt. 326) and Viahart, LLC's opposition thereto. Upon review of the motion, Viahart's opposition, the accompanying declarations and exhibits, the arguments of counsel, and the record in this matter, the Court finds as follows:

1. Defendants have failed to demonstrate the existence of any enforceable settlement agreement between the parties. The evidence before the Court shows that counsel for the parties engaged in limited discussions regarding a potential stipulated motion for entry of judgment intended to streamline resolution of this matter before trial—not a settlement agreement.

2. The record contains no evidence of mutual assent or definite terms. No settlement terms were ever drafted, negotiated, or agreed upon, and no written agreement was ever prepared or executed by the parties. The communications cited by Defendants reflect, at most, preliminary discussions between counsel that did not give rise to any binding contractual obligation.

3. Any email communications between counsel referencing a "stipulated motion for entry of judgment" are insufficient to establish a meeting of the minds or an enforceable agreement. These communications lack mutual assent, definite and complete terms, and an intent by either party to be bound.

4. The record indicates that Defendants have not complied with the Court's prior sanctions order (Dkt. 313).

5. The Court finds that Defendants' Motion is frivolous and unsupported by fact or law. Accordingly, the Court denies Defendants' motion and awards Viahart, LLC its reasonable attorneys' fees and costs incurred in responding to Defendants' Motion. Viahart shall submit its application for fees and costs, supported by contemporaneous billing records, within 14 days of this Order.

Accordingly, it is hereby **ORDERED** that:

1. Defendants' Motion is **DENIED** in its entirety;
2. The Court finds that no enforceable settlement agreement exists between the parties;
3. Defendants and their counsel shall pay Viahart's reasonable attorneys' fees and costs incurred in opposing the Motion, in an amount to be determined upon submission by Viahart; and
4. This case shall proceed to trial on November 17, 2025, as previously scheduled.

**SO ORDERED.**