UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIAHART, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE KIDS ONLINE, LLC; CREATIVE KIDS FAR EAST, INC.; CREATIVE KIDS ENTERPRISES, LLC; and CK ONLINE, LLC,<br><br>Defendants. | Case No. 1:20-cv-09943-GHW |

**VIAHART'S RESPONSIVE RULE 56.1 STATEMENT TO DEFENDANTS' STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 56.1, Viahart, LLC ("Viahart") provides the following responsive Rule 56.1 statement to Defendants' Statement of Material Facts (Dkt. 326-3), and in support of Viahart's opposition to Defendants' motion to enforce a settlement and for the imposition of sanctions:

1. **Defendants' Statement:** Charles Wallace and Solomon Rosengarten engaged in settlement discussions on the telephone and agreed to terms of settlement (Declaration of Solomon Rosengarten).

   **Viahart's Response:** Denied and disputed. Declaration of Charles Wallace ("Wallace Decl.") ¶¶ 4-20; **Exhibits A-G**. Counsel did not discuss or agree to terms of settlement. *Id*.

2. **Defendants' Statement:** On October 6, 2025, Charles Wallace sent an email to Solomon Rosengarten setting forth the terms of settlement and requesting that defendants confirm that they agreed to the terms. (Exhibit "A" to Declaration of Solomon Rosengarten).

**<u>Viahart's Response</u>:** Denied and disputed. Wallace Decl. ¶¶ 10, 12, 13; **Exhibit E**. Counsel did not discuss or agree to terms of settlement. Instead, counsel discussed terms of a potential stipulated motion for entry of judgment. *Id*.

3. **<u>Defendants' Statement</u>:** Four minutes after receipt of the aforesaid email, Solomon Rosengarten confirmed that defendants agreed to the terms set forth. Exhibit "A" to Declaration of Solomon Rosengarten).

**<u>Viahart's Response</u>:** Denied and disputed. Wallace Decl. ¶¶ 4-20; **Exhibits A-G**. Counsel did not discuss or agree to terms of settlement. Defendants' counsel simply stated that discussions concerning a potential stipulated motion for entry of judgment were "correct." *Id*.

Dated: November 12, 2025

**SCALE LLP**

By: *<u>/s/ Charles A. Wallace</u>*
Jamie D. Wells (admitted pro hac vice)
California Bar No. 290827
Charles A. Wallace (admitted pro hac vice)
Texas Bar No. 24110501
Sabina Schiller (admitted pro hac vice)
DC Bar No. 90031612
548 Market Street, Suite 86147
San Francisco, CA 94104
Tel. (415) 735-5933
Fax. (415) 573-0983
jamie.wells@scalefirm.com
cwallace@scalefirm.com
sschiller@scalefirm.com

COUNSEL FOR PLAINTIFF
VIAHART LLC

**CERTIFICATE OF SERVICE**

I certify that, on November 12, 2025, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service via the Court's NEF system or the registered users' email accounts per Rule 5(b) and LR 5.2.

By: *<u>/s/ Charles A. Wallace</u>*
Charles A. Wallace