## Upcoming Trial

**Charles Wallace** <cwallace@scalefirm.com> Fri, Sep 12, 2025 at 3:07 PM
To: SOLOMON ROSENGARTEN <vokma@aol.com>
Cc: James Creedon <jcreedon@scalefirm.com>, Jamie Wells <jamie.wells@scalefirm.com>
Bcc: Mike Molson Hart <mike@viahart.com>

Sol,

I am following up again on this. Can we expect to get your response by close of business?

Thanks,

Charles

On Wed, Sep 10, 2025 at 10:23 AM Charles Wallace <cwallace@scalefirm.com> wrote:

> Sol,
>
> I am following up on my email from last week regarding your client's intentions and whether we (and the Court) should anticipate any further delays. We would appreciate the courtesy of a response by the end of this week.
>
> Thank you,
>
> Charles
>
> On Wed, Sep 3, 2025 at 7:10 PM Charles Wallace <cwallace@scalefirm.com> wrote:
>
>> Sol,
>>
>> Thank you again for taking the time to speak with me yesterday. As we discussed, the timing of your client's prior bankruptcy filing—just three business days before trial—together with Samuel Lapa's sworn testimony in that same proceeding that he intended to pursue bankruptcy for the other defendants as well, and in light of the Rockland County judgment and your clients' broader track record, gives us reason to believe that a similar last-minute filing may occur again in connection with the upcoming November trial date.
>>
>> We want to be clear: our client, who is traveling from Singapore to testify at trial, should not be forced to incur the significant expense of preparing for and attending trial only to have the matter derailed yet again by an eleventh-hour bankruptcy petition. The prior filing served only to waste judicial and party resources, with no justification. Out of respect for the Court's time and the resources of both parties, we believe it is incumbent upon you to advise us now if any further bankruptcy filings are contemplated. If your clients intend to pursue that path, we need to know immediately so that appropriate measures can be taken in advance. If, on the other hand, no further filings are forthcoming, we expect your confirmation so that we can all proceed in good faith toward trial.
>>
>> Please understand that if another last-minute bankruptcy petition is filed without prior notice, our client will seek all available relief, including sanctions. We trust you will extend this professional courtesy and look forward to your response.
>>
>> Thanks,
>>
>> Charles
>>
>> --
>> Charles A. Wallace
>> Counsel
>> **Scale LLP** | www.scalefirm.com
>> cwallace@scalefirm.com 415.735.5933
>
> --
> Charles A. Wallace
> Counsel
> **Scale LLP** | www.scalefirm.com
> cwallace@scalefirm.com 415.735.5933

--
Charles A. Wallace
Counsel
**Scale LLP** | www.scalefirm.com
cwallace@scalefirm.com 415.735.5933