EXHIBIT B

Gmail **Charles Wallace <cwallace@scalefirm.com>**

## Upcoming Trial

**Charles Wallace** <cwallace@scalefirm.com> Thu, Oct 2, 2025 at 8:41 PM
To: SOLOMON ROSENGARTEN <vokma@aol.com>

Thank you, Sol, I do recall that. The rest is also agreed in principle?

Charles A. Wallace
Counsel
**Scale LLP** | www.scalefirm.com
cwallace@scalefirm.com 415.735.5933

On Thu, Oct 2, 2025 at 8:36 PM SOLOMON ROSENGARTEN <vokma@aol.com> wrote:

> With respect to the settlement proposal, I advised you that we also need a provision that your client will not make any claim against any of my clients who purchased the relevant products.
> Sent from my iPhone
>
> On Oct 2, 2025, at 4:59 PM, Charles Wallace <cwallace@scalefirm.com> wrote:
>
> **PURSUANT TO FRE 408**
>
> Sol,
>
> As we discussed earlier this week, please confirm in writing that your clients agree in principle to filing a stipulated motion for entry of judgment regarding their infringement of our client's trademark through the use of the term "FLAKES" in connection with interlocking disc toy products, and that all counterclaims against our client will be denied and dismissed. Once we have your written confirmation, we will promptly prepare the motion so this matter can be resolved ahead of trial.
>
> In the meantime, attached is information regarding how your clients can make the $22,257.79 payment required under Judge Woods's order issued this morning. Please provide the transfer details so we can track and confirm receipt.
>
> Thanks,
>
> Charles