## Re: Payment of Attorneys' Fees

**Mike Molson Hart** <mike@viahart.com> Thu, Oct 2, 2025 at 8:42 PM
To: VOKma@aol.com, daniel@creativekids.com, david@creativekids.com, sam@creativekids.com, Jamie Wells <jamie.wells@scalefirm.com>, Charles Wallace <cwallace@scalefirm.com>, James Creedon <jcreedon@scalefirm.com>

My fault, I didn't include my counsel on the email. They are now attached. My bad, team.

Mike Molson Hart
VIAHART President
Brain Flakes® Building Toys
TigerHart® Plush Animals
Shop All Our Products on Amazon
Viahart Wholesale

VIAHART

On Fri, Oct 3, 2025 at 9:41 AM Mike Molson Hart <mike@viahart.com> wrote:

> Dear Sol, Daniel, David, Sam,
>
> Please see the court's order attached.
>
> Our payment details for the $22,257.79 owed are below and when payment is made, please advise.
>
> If you wish to settle the dispute, please provide an offer in writing.
>
> Thank you
>
> BENEFICIARY NAME: VIAHART LLC
> SWIFT CODE: CLNOUS66MER
> ACCOUNT NUMBER / IBAN: 413153931372413
> ROUTING NUMBER FOR ACH AND WIRES: 121145433
> IF SENDING BANK DOES NOT RECOGNIZE ABOVE, USE: 121145307
> BENEFICIARY ADDRESS: 6000 Chandler Road, Suite 100 and 150, Hutto, TX, 78634, USA
> BANK ADDRESS: 1 Letterman Drive, Building A, Suite A4-700, San Francisco, CA, 94129, USA
>
> Mike Molson Hart
> VIAHART President
> Brain Flakes® Building Toys
> TigerHart® Plush Animals
> Shop All Our Products on Amazon
> Viahart Wholesale
>
> VIAHART

---

**313 - Order Awarding Attorney's Fees.pdf**
238K