## Upcoming Trial

**Charles Wallace** <cwallace@scalefirm.com> Fri, Oct 3, 2025 at 10:01 AM
To: SOLOMON ROSENGARTEN <vokma@aol.com>

**PURSUANT TO FRE 408**

Sol,

As we discussed earlier this week, please confirm in writing that your clients agree in principle to filing a stipulated motion for entry of judgment regarding their infringement of our client's trademark through the use of the term "FLAKES" in connection with interlocking disc toy products, and that all counterclaims against our client will be denied and dismissed. We will also agree in principle that our client will not make any claim against any consumers who purchased products from your clients. **Once we have your written confirmation, we will promptly prepare the motion so this matter can be resolved ahead of trial.**

In the meantime, attached is information regarding how your clients can make the $22,257.79 payment required under Judge Woods's order issued this morning. Please provide the transfer details so we can track and confirm receipt.

Thanks,

Charles

[Quoted text hidden]

**2 attachments**

**Payment Information.pdf**
161K

**313 - Order Awarding Attorney's Fees.pdf**
238K