## Upcoming Trial

**SOLOMON ROSENGARTEN** <vokma@aol.com> Fri, Oct 17, 2025 at 1:23 PM
To: Charles Wallace <cwallace@scalefirm.com>

I agreed to the terms set forth.

We will stipulate to a motion for entry of judgment regarding defendants' infringement of your client's trademark through the use of the term "FLAKES" in connection with interlocking disc toy products, and that all counterclaims against plaintiff will be dismissed. You will also agree in principle that your client will not make any claim against any consumers who purchased products from my clients.

**Solomon Rosengarten**
**Attorney-at-Law**
**2329 Nostrand Avenue**
**Brooklyn, New York 11210**
**718-627-4460**
**vokma@aol.com**

On Friday, October 17, 2025 at 02:18:08 PM EDT, Charles Wallace <cwallace@scalefirm.com> wrote:

> Sol,
>
> You merely said that the terms "are correct." Please let us know what your client is specifically agreeing to.
>
> Charles A. Wallace
> Counsel
> **Scale LLP** | www.scalefirm.com
> cwallace@scalefirm.com 415.735.5933
>
> On Fri, Oct 17, 2025 at 1:17 PM SOLOMON ROSENGARTEN <vokma@aol.com> wrote:
>
> > SEE E-MAILS BELOW
> >
> > **Solomon Rosengarten**
> > **Attorney-at-Law**
> > **2329 Nostrand Avenue**
> > **Brooklyn, New York 11210**
> > **718-627-4460**
> > **vokma@aol.com**
> >
> > ----- Forwarded Message -----
> > **From:** SOLOMON ROSENGARTEN <vokma@aol.com>
> > **To:** Charles Wallace <cwallace@scalefirm.com>
> > **Cc:** Jamie Wells <jamie.wells@scalefirm.com>; James Creedon <jcreedon@scalefirm.com>
> > **Sent:** Monday, October 6, 2025 at 09:51:38 AM EDT
> > **Subject:** Re: Upcoming Trial
> >
> > > Charles:
> > >
> > > The terms you set forth are correct.
> > >
> > > **Solomon Rosengarten**
> > > **Attorney-at-Law**
> > > **2329 Nostrand Avenue**
> > > **Brooklyn, New York 11210**
> > > **718-627-4460**
> > > **vokma@aol.com**
> > >
> > > On Monday, October 6, 2025 at 09:47:25 AM EDT, Charles Wallace <cwallace@scalefirm.com> wrote:
> > >
> > > > **PURSUANT TO FRE 408**
> > > >
> > > > Sol,
> > > >
> > > > As we discussed last week and over our call just now, please confirm in writing that your clients agree in principle to filing a stipulated motion for entry of judgment regarding their infringement of our client's trademark through the use of the term "FLAKES" in connection with interlocking disc toy products, and that all counterclaims against our client will be denied and dismissed. We will also agree in principle that our client will not make any claim against any consumers who purchased products from your clients. **Once we have your written confirmation, we will promptly prepare the motion so this matter can be resolved ahead of trial.**
> > > >
> > > > Thanks,
> > > >
> > > > Charles