EXHIBIT F

Gmail Charles Wallace <cwallace@scalefirm.com>

# Re: Payment of Attorneys' Fees

**Mike Molson Hart** <mike@viahart.com> Mon, Oct 6, 2025 at 9:32 PM
To: VOKma@aol.com, daniel@creativekids.com, david@creativekids.com, sam@creativekids.com, Jamie Wells <jamie.wells@scalefirm.com>, Charles Wallace <cwallace@scalefirm.com>, James Creedon <jcreedon@scalefirm.com>, office@melalaw.com

Sol,

I spoke with Charles today who told me that you and him have been exchanging information about a stipulated judgment.

There is almost always a way to resolve a dispute.

If you want to resolve this through settlement, here is what I need:

1. Payment of the judgment. I need this show of good faith so I know I'm not wasting my time and money.
2. Start exchanging emails in writing about terms. It can be between me and you or me and your clients. It doesn't matter. It just needs to be in good faith.

While I am open to settlement, I want to make it clear that this email doesn't in some way negate what I wrote in my last one. If we don't have proof of payment by October 10, we will be assuming none will be coming.

Mike Molson Hart
VIAHART President
Brain Flakes® Building Toys
TigerHart® Plush Animals
Shop All Our Products on Amazon
Viahart Wholesale

VIAHART

On Mon, Oct 6, 2025 at 9:03 PM Mike Molson Hart <mike@viahart.com> wrote:

> Sol, Sam, David, Daniel, Chezki,
>
> If you don't send us proof of payment for what this court has ordered you to pay by October 10 end of business day we will assume that payment is never coming.
>
> This assumption is reasonable given that you have multiple judgements against your companies in Rockland county for non-payment to your vendors, Sam's testimony in bankruptcy court saying that he was contemplating bankruptcy, and your conduct over the years.
>
> If you're going to file for bankruptcy do it now and do it for all the companies, not just another shell. Don't do it like you did it last time. That was sadistic.
>
> Mike Molson Hart
> VIAHART President
> Brain Flakes® Building Toys
> TigerHart® Plush Animals
> Shop All Our Products on Amazon
> Viahart Wholesale
>
> VIAHART