## TERMS OF SETTLEMENT

**SOLOMON ROSENGARTEN** <vokma@aol.com> Fri, Oct 24, 2025 at 1:05 PM
To: Charles Wallace <cwallace@scalefirm.com>

The contents of the e-mail is what matters, not the "subject." Your attempts to renege on the settlement are getting more and more ridiculous.

If you believe that the Judge will "buy" this, then you must believe that he is an idiot. He if far from being an idiot. He will immediately recognize that you are trying to renege on the settlement.

Keep those e-mails coming. Every e-mail you have sent on this subject supports my position that you are intent on scuttling the settlement, which, I will repeat, is outrageous and unethical.

**Solomon Rosengarten**
**Attorney-at-Law**
**2329 Nostrand Avenue**
**Brooklyn, New York 11210**
**718-627-4460**
**vokma@aol.com**

On Friday, October 24, 2025 at 12:25:48 PM EDT, Charles Wallace <cwallace@scalefirm.com> wrote:

Sol,

I also wanted to point out that the email proposing basic terms of a stipulated judgment was sent in a longer email thread entitled "Upcoming Trial"—this email did not include the subject line "TERMS OF SETTLEMENT" as suggested in this new thread you created.

Regards,

Charles

On Fri, Oct 24, 2025 at 11:20 AM Charles Wallace <cwallace@scalefirm.com> wrote:

Thanks for sending this over, Sol—but these are high-level terms of a proposed stipulated judgment to be filed with the Court—not confidential settlement terms, or a waiver of the sanctions award. You may also note that our client sent his proposed settlement terms ***after*** I sent this email—not ***before*** as you claim in your prior email. You may further note that our client's October 6 offer to enter into settlement discussions invited you or your clients to contact him directly to "start exchanging emails in writing about terms . . . in good faith."

To be clear, I'll reiterate that our client very much remains open to settling this matter so the parties can move on to more lucrative endeavors. Please have your client respond directly to our client's October 6 settlement email so we can make some progress on that front.

Thank you,

Charles

On Fri, Oct 24, 2025 at 11:08 AM SOLOMON ROSENGARTEN <vokma@aol.com> wrote:

SEE BELOW

On Monday, October 6, 2025 at 09:47:25 AM EDT, Charles Wallace <cwallace@scalefirm.com> wrote:

**PURSUANT TO FRE 408**

Sol,

As we discussed last week and over our call just now, please confirm in writing that your clients agree in principle to filing a stipulated motion for entry of judgment regarding their infringement of our client's trademark through the use of the term "FLAKES" in connection with interlocking disc toy products, and that all counterclaims against our client will be denied and dismissed. We will also agree in principle that our client will not make any claim against any consumers who purchased products from your clients. **Once we have your written confirmation, we will promptly prepare the motion so this matter can be resolved ahead of trial.**

Thanks,

Charles

**Solomon Rosengarten**
**Attorney-at-Law**
**2329 Nostrand Avenue**
**Brooklyn, New York 11210**
**718-627-4460**
**vokma@aol.com**