SCALE LLP

2261 Market Street STE 85604
San Francisco, CA 94114
www.scalefirm.com

**Jamie D. Wells | Partner**
(415) 735-5933 | jamie.wells@scalefirm.com

**Sabina Schiller| Counsel**
(415) 735-5933 | sschiller@scalefirm.com

**Charles Wallace | Counsel**
(415) 735-5933 | cwallace@scalefirm.com

November 13, 2025

***VIA ECF***

Daniel Patrick Moynihan United States Courthouse
Attn: Chambers of Gregory H. Woods
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Viahart, LLC v. Creative Kids Online, LLC et al*** **(20cv9943)**
**Defendants' Trial Exhibits**

Dear Honorable Judge Woods:

We write on behalf of Viahart, LLC ("Viahart") regarding Defendants' continued failure to provide electronic copies of the exhibits identified in their amended exhibit list filed on June 21, 2025. Dkt. 261. Despite repeated requests from counsel and this Court's clear directive, Defendants have yet to produce electronic copies of their trial exhibits. Defendants' ongoing failure to provide their exhibits is severely prejudicial to Viahart. There is no justification for this noncompliance—Defendants have had more than a year since filing their amended exhibit list, along with multiple opportunities to cure their deficiency pursuant to the Court's orders. They have nevertheless failed to do so.

Given this repeated noncompliance and the resulting prejudice to Viahart, Defendants should be precluded from introducing any exhibits they failed to timely disclose. Allowing

Defendants to rely on exhibits never provided to Viahart would significantly prejudice Viahart and compromise the integrity of the evidentiary process.

We appreciate the Court's attention to these matters.

Respectfully submitted,
SCALE LLP

By: */s/ Jamie D. Wells*

Jamie Wells (admitted pro hac vice) California Bar No. 290827
Charles A. Wallace (admitted pro hac vice) Texas Bar No. 24110501
Sabina Schiller (admitted pro hac vice) MD Bar No. 1212130095
2261 Market Street STE 85604
San Francisco, CA 94114
Tel. (415) 735-5933
jamie.wells@scalefirm.com
cwallace@scalefirm.com

**COUNSEL FOR PLAINTIFF VIAHART, LLC**

## CERTIFICATE OF SERVICE

I certify that, on November 13, 2025, the foregoing document was filed with the Clerk via the Court's CM/ECF, which served all counsel of record.

*/s/ Jamie D. Wells*
Jamie D. Wells