Dear Judge Woods;

I am the attorney for the defendants in the above-entitled matter.

I am writing with respect to today's Order to deliver defendants' exhibits to the Court by 7:30 P.M. to the Court.

As stated in my previous letter to the Court, filed earlier today, given the voluminous number of documents it was not possible to prepare the exhibits for delivery to the Court by 7:30 pm.

Although the Court had issued a prior Order to provide those exhibits, I did not know whether the Court was aware of the fact that I had delivered them to the Court before the last trial date.

This is why I called the Courtroom Deputy, as stated in my previous letter. Since I did not receive a return call from her, I assumed that the exhibits which I had delivered were in Chambers.

It did not occur to me that the exhibits were disposed of. I would have thought that I would have been contacted and asked to pick them up before disposing of them. This was my supposition. At the same time, since I was not certain that my assumption was correct, I called the Courtroom Deputy.

Respectfully yours,

/s/ Solomon Rosengarten

Solomon Rosengarten