Instruction No. 34: Defamation—General A person otherwise liable for publishing a communication that is defamatory of another is responsible for all harm suffered by the person defamed as a result of that publication. The burden is on the plaintiff to prove the elements of a defamation claim, on which I will now instruct you, by a preponderance of the evidence. A communication is defamatory if it tends to so harm the reputation of that person or business as to lower them in the estimation of the community or to deter third persons from associating or dealing with them. A communication that states or implies that a person or entity has committed a crime is per se defamatory. New York Penal Law Section 165.71 states that when someone manufactures, distributes, sells, or offers for sale goods that bear a counterfeit trademark or possess a trademark knowing it to be counterfeit with the intent to affix it to any goods, they are guilty of trademark counterfeiting in the third degree. Thus, if you find that plaintiff falsely accused defendants of counterfeiting it constitutes defamation per se

Defendants allege that plaintiff, by its principal, Moulson Hart, made the following defamatory statements on the following dates:

1. November 11, 2020 –
 Speaker – Molson Hart
Statement - "Creative Kids, they just knock off everybody"

2. January 25, 2022
    Speaker – Molson Hart
    Statement - "Nice Furniture. Which do your kids prefer? Our authentic Brain Flakes or the thin knockoff from Creative Kids?"

3. February 24, 2021
    Speaker – Molson Hart
    Statement - Creative Kids have "repeatedly avoided service and did not show up to the status hearing"

4. November 25, 2019
   Speaker – Molson Hart
   Statement - "The company which sold that product, Creative Kids FarEast, is deceiving people who buy that. Brain Flakes is our trademark and are in the midst of a lawsuit with them. They committed trademark infringement and counterfeiting."

5. July 21, 2020 –
   Speaker -  Molson Hart
   Statement – "Amazon intellectual property teams and policies are incompetent. We have reported our competitor for trademark infringement and counterfeiting." (Tweet with picture of Creative Kids' product).