NEF: 25-23105 Ch11 Voluntary Petition (Chapter 11) Re: CREATIVE KIDS ENTERPRISES LLC

From: nysbinfo@nysb.uscourts.gov

To: courtmail@nysb.uscourts.gov

Date: Friday, November 14, 2025 at 03:21 PM EST

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court
Southern District of New York

Notice of Bankruptcy Case Filing
The following transaction was received from Solomon Rosengarten entered on 11/14/2025 at 3:20 PM  and filed on 11/14/2025

Case Name: CREATIVE KIDS ENTERPRISES LLC
Case Number: 25-23105 https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?332259

Document Number: 1
Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.nysb.uscourts.gov/doc1/126024216842?pdf_header=&magic_num=28025666&de_seq_num=2&caseid=332259

Docket Text:
Chapter 11  Voluntary Petition for Non-Individual. Order for Relief Entered.  <i></i>   Chapter 11 Plan due by 3/16/2026, Disclosure Statement due by 3/16/2026, Initial Case Conference due by 12/15/2025, Filed by  Solomon  Rosengarten  of  Solomon  Rosengarten  on behalf of   CREATIVE KIDS ENTERPRISES LLC. (Rosengarten, Solomon)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: CK PETITION 25.pdf
Electronic document Stamp:
[STAMP NYSBStamp_ID=842906028 [Date=11/14/2025] [FileNumber=22120493-0]
[9e16a9d0090e87d08e81078bd5461e98e9561cdf38c2f04fb343cc9cd69a21378a75570809193c27a802ad37d3bae9b19
ca77eb56faa991bb45551f0cef9cf81]]


25-23105 Notice will be electronically mailed to:
Solomon  Rosengarten on behalf of Debtor  CREATIVE KIDS ENTERPRISES LLC
vokma@aol.com

 United States Trustee
USTPRegion02.NYECF@USDOJ.GOV


25-23105 Notice will not be electronically mailed to: