UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2026

VIAHART, LLC,

                                    Plaintiff,        :        1:20-cv-9943-GHW

                  -v-                                 :        ORDER

CREATIVE KIDS ONLINE, LLC, *et al.*,

                                    Defendants.   :

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 14, 2025—three days before trial was set to begin in this case—Defendant Creative Kids Enterprises, LLC, filed a suggestion of bankruptcy under Chapter 11. Dkt. No. 346. This was the second time that one of the Defendants had filed for bankruptcy on the eve of trial. *See* Dkt. No. 275. The Court once again granted Defendants' motion to stay this action and adjourned the trial *sine die*. Dkt. No. 349.

The Court understands that Judge Shireen A. Barday of the United States Bankruptcy Court for the Southern District of New York has dismissed Creative Kids Enterprise LLC's Chapter 11 bankruptcy case on the motion of the United States Trustee. *See* Dkt. No. 31, 7:25-bk-23105-SAB. Accordingly the Court orders the parties to jointly file a letter updating the Court on the status of this case no later than May 18, 2026. In particular, the Court orders the parties to address whether the stay of this case should remain in place.

SO ORDERED.

Dated: May 14, 2026
       New York, New York

                                            _____
                                            GREGORY H. WOODS
                                            United States District Judge