USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                       :

VIAHART, LLC,                       :

                       :

                 Plaintiff,   :          1:20-cv-9943-GHW

                       :

        -v-             :          <u>ORDER</u>

                       :

CREATIVE KIDS ONLINE, LLC, *et al.*,   :

                       :

             Defendants.  :

                       :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on May 21, 2026, the motion to withdraw filed by Jamie Wells, Charles Wallace, and Sabina Schiller, Dkt. No. 355, is granted.

The Court understands from counsel for Defendants' proffer on the record that because Defendant Creative Kids Enterprise LLC's bankruptcy case has been dismissed, the mandatory stay as to that defendant is no longer in effect. Accordingly, the Court need not stay this action as to the remaining defendants. However, as stated on the record, the Court will extend the stay of this action until June 20, 2026.

Upon review of the docket of this case, the Court understands that Christian Cowart and Jeffrey Lowenstein currently represent Plaintiff in this case. *See* Dkt. No. 122 (granting Mr. Cowart's motion to appear *pro hac vice*); Dkt. No. 205 (granting Mr. Lowenstein's motion to appear *pro hac vice*). Accordingly, the Court expects that Mr. Cowart and Mr. Lowenstein will continue to represent Viahart following the expiration of the stay.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 355 and to terminate Jamie D. Wells, Charles Wallace, and Sabina Suzanne Schiller from the list of active counsel in this case.

SO ORDERED.

Dated: May 21, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge