UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIAHART, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CREATIVE KIDS ONLINE, LLC;<br>CREATIVE KIDS FAR EAST, INC.;<br>CREATIVE KIDS ENTERPRISES, LLC; and<br>CK ONLINE, LLC,<br><br>      Defendants. | Case No. 1:20-cv-09943-GHW<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

Christian Cowart and Jeffrey Lowenstein of Bell Nunnally Martin LLP hereby withdraw

as counsel for Plaintiff Viahart, LLC ("Viahart"), and Philip George of Taft Stettinius & Hollister

LLP hereby substitutes as counsel for Viahart.

Dated: June 8, 2026

BELL NUNNALLY MARTIN LLP          TAFT STETTINIUS & HOLLISTER LLP

/s/ *Christian Cowart*                           /s/ *Philip George*
Christian Cowart                                     Philip George
Jeffrey Lowenstein                              3343 Peachtree Road, NE, Suite 1600
2323 Ross Avenue, Suite 1900                 Atlanta, GA 30326
Dallas, TX 75201                                 404-233-7000
214-740-1410                                    pgeorge@taftlaw.com
ccowart@bellnunnally.com
jlowenstein@bellnunnally.com                Counsel for Viahart, LLC

Counsel for Viahart, LLC

## **CERTIFICATION OF SERVICE**

I certify that on June 8, 2026, this office caused the within Notice of Substitution of Counsel to be filed with the United States District Court for the Southern District of New York, *via electronic filing*. Upon information and belief, all parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-reference pleading *via electronic service*.

*/s/ Philip George*
Philip George