UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

VIAHART, LLC,

                          Plaintiff,

           -v-

CREATIVE KIDS ONLINE, LLC, *et al.*,

                     Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2026

1:20-cv-9943-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 3, 2026, the Court ordered counsel of record for Plaintiff, Messrs. Lowenstein and Cowart, to meet and confer with Defendants' counsel and provide a proposed trial schedule no later than June 10, 2026.  Dkt. No 359.

On June 8, 2026, Attorney Philip George filed a notice of substitution on behalf of Plaintiff. Dkt. No. 360.  The Court understands that Messrs. Lowenstein and Cowart intend to withdraw.  *See id.*  However, because counsel has not complied with Local Civil Rule 1.4(b), the Court does not excuse Messrs. Lowenstein and Cowart.  Therefore, the Court's order directing them to confer and file a joint proposal remains in full force and effect.  The Court will entertain any request to withdraw filed in full compliance with Local Civil Rule 1.4.  New counsel is ordered to review and comply with the Court's Individual Rules of Practice in Civil Case and the Local Rules of the Southern District of New York.

      SO ORDERED.

Dated:  June 9, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge