UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIAHART, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CREATIVE KIDS ONLINE, LLC;<br>CREATIVE KIDS FAR EAST, INC.;<br>CREATIVE KIDS ENTERPRISES, LLC; and<br>CK ONLINE, LLC,<br><br>     Defendants. | Case No. 1:20-cv-09943-GHW<br><br><br>**PLAINTIFF'S UNOPPOSED MOTION<br>AND STIPULATION OF<br>WITHDRAWAL AND SUBSTITUTION<br>OF COUNEL** |

By this motion and stipulation, Plaintiff Viahart, LLC ("Viahart") moves for withdrawal of attorneys Christian Cowart and Jeffrey Lowenstein of Bell Nunnally Martin LLP and for substitution of Philip George of Taft Stettinius & Hollister LLP as counsel for Viahart. Viahart has requested the substitution of counsel. Defendants do not oppose this motion. No attorney is asserting a retaining or charging lien.

Pursuant to Local Rule 1.4(b), an affidavit is unnecessary because this stipulation is signed by Viahart and new counsel does not intend to seek modification of any existing deadlines or dates for court appearances in the case, including the deadline to meet and confer with Defendants' counsel and provide a proposed trial schedule no later than June 10, 2026, Dkt. No. 359. The case is ready to be tried.

201431763v1

Dated: June 9, 2026

BELL NUNNALLY MARTIN LLP

/s/ *Christian Cowart*
Christian Cowart
Jeffrey Lowenstein
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
214-740-1410
ccowart@bellnunnally.com
jlowenstein@bellnunnally.com

Counsel for Viahart, LLC


TAFT STETTINIUS & HOLLISTER LLP

/s/ *Philip George*
Philip George (*Pro Hac Vice* forthcoming)
3343 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326
404-233-7000
pgeorge@taftlaw.com

Counsel for Viahart, LLC


VIAHART, LLC


/s/ *Molson Hart*
Molson Hart

Owner of Viahart, LLC


**UNOPPOSED:**

/s/ *Solomon Rosengarten*
Solomon Rosengarten
2329 Nostrant Avenue – Suite 100
Brooklyn, New York 11210
(718) 627-4460
vokma@aol.com

Attorney for Defendants

201431763v1

## CERTIFICATION OF SERVICE

I certify that on June 9, 2026, this office caused the within Notice of Substitution of Counsel to be filed with the United States District Court for the Southern District of New York, *via electronic filing* and by e-mail on Molson Hart at Viahart pursuant to Local Rule 1.4(b). Upon information and belief, all parties receiving electronic notification of filing via the Court's CM/ECF system received notice of the above-reference pleading *via electronic service*.

*/s/ Philip George*
Philip George

201431763v1