**SOLOMON ROSENGARTEN**
**Attorney-at-Law**
**2329 Nostrand Avenue – Suite 100**
**Brooklyn, New York 11210**
**(718) 627-4460**
**vokma@aol.com**

**Admitted to Practice:**
**New York**
**New Jersey**

---

June 10, 2026

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, New York 10007

VIA ECF

Re:  Viahart LLC v. Creative Kids Online LLC, et al.
     Case No. 20-cv-09943-GHW

Dear Judge Woods:

I am the attorney for the defendants in the above-entitled matter.

In response to the Court's Order of June 3, 2026, I have conferred with Philip George, Esq, incoming counsel for plaintiff in this matter regarding a proposed trial schedule.

My clients and I will not be available for trial until after January 18, 2027. Plaintiff and counsel will also be available after that date.

Plaintiff will not be available for trial from June 10 through June 27, 2026, August 7, 2026, and between November 23, 2026 and January 8, 2027, but is otherwise available.

Respectfully Yours,

/s/ Solomon Rosengarten

Solomon Rosengarten