BN BELLNUNNALLY
ATTORNEYS & COUNSELORS

CHRISTIAN COWART
TEL: 214.740.1495
FAX: 214.740.5795
CCOWART@BELLNUNNALLY.COM

June 10, 2026

Hon. Gregory H. Woods
United States District Judge, S.D.N.Y.
500 Pearl St.
New York, New York 10007
**Via ECF**

RE:    **Proposed Trial Schedule [359]**

*Viahart, LLC* v. *Creative Kids Online, LLC*, No. 1:20-cv-09943-GHW (S.D.N.Y.)

Dear Judge Woods:

In an abundance of caution, Mr. Cowart and Mr. Lowenstein submit this letter pursuant to the Court's order [ECF No. 359].

After receipt of the Court's order [ECF No. 359], we provided Plaintiff Viahart LLC with notice about the order and were informed about the substitution of counsel. *See* ECF Nos. 360, 362.[1] Plaintiff's new counsel [ECF No. 360] informed us about the conferrals with Defendants' counsel. *See* ECF No. 363. On June 9, 2026, we followed up with Defendants' counsel about the Court's order to discuss the trial schedule, and Defendants counsel indicated that he had been conferring with Plaintiff's new counsel.

We understand that, on June 10, 2026, counsel for the parties jointly submitted this proposed schedule which reflects the parties' proposed trial schedule. *See* ECF No. 363.

Sincerely,

CHRISTIAN J. COWART

cc:    All counsel of record (via ECF)

---

[1] Plaintiff Viahart LLC terminated our representation around April 2024. *See, e.g.*, ECF No. 215.