UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2026

-------------------------------------------------------------- X
    :
VIAHART, LLC,    :
    :
                     Plaintiff,    :          1:20-cv-9943-GHW
    :
          -v-    :          ORDER
    :
CREATIVE KIDS ONLINE, LLC, *et al.*,    :
    :
               Defendants.    :
    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 10, 2026, Messrs. Lowenstein and Cowart moved to withdraw as counsel for Plaintiff by filing a stipulation of withdrawal and substitution of counsel for Attorney Phillip George.  Dkt. No. 362.  That request is granted.  However, Mr. George has not yet filed a notice of appearance on behalf of Plaintiff.  He is directed to do so forthwith.

The Court is also in receipt of the parties' letters concerning the dates for trial.  Dkt. Nos. 363, 364.  The Court will hold a teleconference regarding scheduling the trial on June 17, 2026 at 4:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to terminate Messrs. Lowenstein and Cowart from the list of active counsel and remove the stay notation from this case.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 362.

SO ORDERED.

Dated: June 11, 2026
New York, New York

_____
GREGORY D. WOODS
United States District Judge