AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | |
|---|---|
| Viahart, LLC | ) |
| *Plaintiff* | ) |
| v. | )     Case No.   20-cv-9943 |
| Creative Kids Online, LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Viahart, LLC    .

Date:    06/23/2026

s/ Philip J. George
*Attorney's signature*

Philip J. George (5338082)
*Printed name and bar number*
Taft Stettinius & Hollister LLP
3343 Peachtree Rd NE # 1600
Atlanta, GA 30305

*Address*

pgeorge@taftlaw.com
*E-mail address*

(404) 233-7000
*Telephone number*

(404) 365-9532
*FAX number*