UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| VIAHART, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| -v- | : |
| | : |
| CREATIVE KIDS ONLINE, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2026

1:20-cv-9943-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **February 16, 2027, at 9:00 a.m.**  The Court will hold a final pretrial conference in this case on **Tuesday, February 9, 2027, at 9:00 a.m.**  As stated on the record during the conference held on June 23, 2026, the Court has resolved the parties' motions *in limine* and does not expect it will revisit those decisions during the final pretrial conference.

Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.  Counsel for Plaintiff is ordered to review copies of the transcripts of the conferences held in advance of the two trials previously scheduled in this case.

SO ORDERED.

Dated:  June 24, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge