**SOLOMON ROSENGARTEN**
Attorney-at-Law
2329 Nostrand Avenue-Suite 100
Brooklyn, New York 11210
**(718) 627-4460**
VOKMA@AOL.COM

Admitted **to Practice:**
**New York**
**New** Jersey

September 4, 2026

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Viahart v. Creative Kids
Docket No. 20-9943

Dear Judge Woods:

I am the attorney for defendants in the above matter.

I am writing in response to plaintiff's counsel's letter seeking an Order directing that defendants pay to plaintiff attorney's fees assessed by the Court in its decision and order dated October 25, 2026 no later than September 15, 2026..

Defendants submit that there is no need for an additional order because it would be duplicative of the order already entered. Defendants have not made the payment ordered because they do not have the money to pay. Plaintiff's attorney has been informed of this.

Respectfully yours,

*Solomon Rosengarten*

Solomon Rosengarten

cc: Charles Wallace, Esq. (via ECF)
Jamie Wells, Esq. (via ECF).