USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

Taft/

3343 Peachtree Road, NE, 1600 Atlanta Financial Center
Atlanta, GA 30326
Tel: 404.233.7000 | Fax: 404.365.9532
taftlaw.com

**MEMORANDUM ENDORSED**

**Philip George**
404.495.8476
PGeorge@taftlaw.com

September 1, 2026

**VIA E-FILING**
Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, New York 10007

**Re: Viahart, LLC v. Creative Kids Online LLC, et al.
Case No. 20-cv-09943-GHW**

Dear Judge Woods:

This letter is on behalf of Plaintiff Viahart, LLC ("Viahart") in the above-captioned matter.

On October 1, 2025, this Court entered a Memorandum Opinion and Order [Dkt. 313] requiring Defendants Creative Kids Online, LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC, and CK Online, LLC (collectively, the "Defendants") to pay Viahart $22,257.79 in attorneys' fees (the "Attorneys' Fees Award").

Although it has been more than 10 months, Defendants have still failed to pay the Attorneys' Fees Award. Recently, Viahart reached out to Counsel for Defendants about this payment. In response, Counsel for Defendants indicated that Defendants are unable to pay the Attorneys' Fees Award.

Viahart requests that the Court order Defendants to pay Viahart the Attorneys' Fees Award by September 15, 2026.

Please let me know if there are any questions I can address. I appreciate the Court's attention to this matter.

Respectfully,

/s/ Philip George

Philip George

Application granted. Defendants are ordered to pay the $22,257.79 ordered to be paid pursuant to the Court's October 1, 2025 order, Dkt. No. 313, no later than September 29, 2026.

SO ORDERED.

Dated: September 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge