Taft/

Two Alliance Center, 3560 Lenox Rd NE, Suite 2000
Atlanta, GA 30326
Tel: 404.233.7000 | Fax: 404.365.9532
taftlaw.com

**Philip George**
404.495.8476
PGeorge@taftlaw.com

October 29, 2026

**VIA E-FILING**
Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, New York 10007

**Re: Viahart, LLC v. Creative Kids Online LLC, et al.**
**Case No. 20-cv-09943-GHW**

Dear Judge Woods:

This letter is on behalf of Plaintiff Viahart, LLC ("Viahart") in the above-captioned matter. Because the parties have already had a conference with the Court regarding Viahart's forthcoming application for an order to show cause, Viahart seeks clarification.

Specifically, Viahart requests guidance regarding whether it should follow Rule 4.C and the procedures set forth in paragraphs 3 through 8 of Attachment A to Your Honor's Individual Rules of Practice. Viahart is prepared to file its application and supporting papers via ECF, but inquires whether it should also call Chambers to advise the Court it intends to file a motion and schedule a time to deliver hard copies, bring all of the papers in person to Chambers with a courtesy copy, serve a conforming copy of the order and supporting papers on Defendants, and file an affidavit of service reflecting that Defendants were served with a conforming copy of the order and supporting papers. Attachment A to Your Honor's Rules appear to provide a "default judgment procedure," but that is not the initial relief Viahart will be seeking.

The proposed order Viahart plans to submit will provide suggested dates for response and reply briefs.

Viahart appreciates the Court's attention to this matter.

Respectfully,

*/s/ Philip George*
Philip George