USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viahart, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Creative Kids Online LLC, et al.,<br><br>Defendants. | INDEX NO. 20-cv-09943-GHW<br><br>*Electronically Filed*<br><br>**~~[PROPOSED]~~ ORDER TO SHOW CAUSE WHY DEFENDANTS AND SAMUEL LAPA SHOULD NOT BE HELD IN CONTEMPT OR FACE SANCTIONS** |

Upon Movant Viahart, LLC's ("Viahart")'s memorandum of law, the declaration of Philip George, and the supporting documents and papers attached thereto, and upon the Orders of this Court on October 1, 2025, ECF No. 313, and September 8, 2026, ECF No. 375, it is

ORDERED that Defendants Creative Kids Online, LLC, Creative Kids Far East, Inc., Creative Kids Enterprises, LLC, CK Online, LLC, and Samuel Lapa (together, "Respondents"), shall file a written response to Viahart's application for an order to show cause by no later than November 13, 2026; Viahart shall file a reply thereto by no later than November 20, 2026; it is further

ORDERED that Respondents shall show cause before the Honorable Gregory H. Woods, in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007, on December 14, 2026, at 4:00 p.m., why an order should not be issued holding Respondents in contempt consistent with the relief sought in Viahart's Application for an Order to Show Cause; and it is further

ORDERED that this Order is deemed served on all parties to this action when it is filed via this Court's ECF system. Service on Mr. Lapa must be made in a manner consistent with Fed. R. Civ. P. 4.

Dated: November 2, 2026
New York, New York

Honorable Gregory H. Woods
United States District Judge